May 15, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

R. BORDEN WILSON, M.D., Appellant

NO. 14-18-00204-CV                    V.

MISHKA BOULDWIN, INDIVIDUALLY AND AS NEXT FRIEND OF CHLOE
ANDERSON, Appellee

_____

This cause, an interlocutory permissive appeal from an order granting appellee, Mishka Bouldwin, Individually and as Next Friend of Chloe Anderson, signed, March 6, 2018, was heard on the transcript of the record. The record shows that the requirements for a permissive appeal pursuant to Section 51.014 of the Texas Civil Practice and Remedies Code have not been satisfied. Accordingly we deny the petition.

We order appellant, R. Borden Wilson, M.D. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.